Appeal No. 23160 from Judgment dated Aug. 10, 1988; W.W. Brand, Jr., Ruling Judge, Lowndes County Chancery Court.
Mike C. Moore, Atty. Gen., Charles T. Rubisoff, Asst. Atty. Gen., Jackson, for appellant.
Aubrey E. Nichols, Dewitt T. Hicks, Jr., Gholson Hicks & Nichols, Columbus, for appellee.
Before DAN M. LEE, P.J., and ANDERSON and PITTMAN, JJ.
Reversed and Rendered.
ROY NOBLE LEE, C.J., HAWKINS, P.J., and ROBERTSON, SULLIVAN and BLASS, JJ., concur.
PRATHER, J., not participating.